**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOANNE COUSINS, on behalf of the ESTATE OF MATTHEW COUSINS and on behalf of his DOHSA beneficiaries, TANYA COWBROUGH, on behalf of the ESTATE OF ABBIGAIL COWBROUGH and on behalf of her DOHSA beneficiaries, KYLE HAGAN, on behalf Of his DOHSA beneficiaries, AMANDA MacDONALD, on behalf of the ESTATE OF BRENDEN IAN MacDONALD, and on behalf of his DOHSA beneficiaries, KATHRYN BOWEN, on behalf of the Est. of Maxime Miron-Morin and on behalf of his DOHSA beneficiaries, and MICHAEL CUSTANCE, on behalf of the ESTATE OF MATTHEW PYKE, and on behalf of his DOHSA beneficiaries** | : | **CIVIL ACTION** |
| **v.** | : | |
| **SIKORSKY AIRCRAFT COFRPORATION Doing business as Sikorsky, a Lockheed Martin Company, HELICOPTER SUPPORT, INC., doing business as Helicopter Support, Inc., a Lockheed Martin Company and SIKORSKY INTERNATIONAL OPERATIONS, INC., doing business as Sikorsky International Operations, a Lockheed Martin Company** | : | **NO. 23-2629** |

**ORDER**

**NOW**, this 25th day of November, 2024, upon consideration of the Defendants' Moton to Transfer Venue and Motion to Stay Discovery Pending Decision on Transfer

(Doc. No. 47), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The pretrial conference scheduled for Tuesday, November 26, 2024, at 11:00 a.m., is **CANCELLED** pending disposition of the motion to transfer.

2. To the extent the motion requests a stay of discovery, it is **DENIED**.

TIMOTHY J. SAVAGE, J.