## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE COUSINS, on behalf of the ESTATE OF MATTHEW COUSINS and on behalf of his DOHSA beneficiaries, TANYA COWBROUGH, on behalf of the ESTATE OF ABBIGAIL COWBROUGH and on behalf of her DOHSA beneficiaries, KYLE HAGAN, on behalf Of his DOHSA beneficiaries, AMANDA MacDONALD, on behalf of the ESTATE OF BRENDEN IAN MacDONALD, and on behalf of his DOHSA beneficiaries, KATHRYN BOWEN, on behalf of the Est. of Maxime Miron-Morin and on behalf of his DOHSA beneficiaries, and MICHAEL CUSTANCE, on behalf of the ESTATE OF MATTHEW PYKE, and on behalf of his DOHSA beneficiaries | : | CIVIL ACTION |
| v. | : | |
| SIKORSKY AIRCRAFT COFRPORATION Doing business as Sikorsky, a Lockheed Martin Company, HELICOPTER SUPPORT, INC., doing business as Helicopter Support, Inc., a Lockheed Martin Company and SIKORSKY INTERNATIONAL OPERATIONS, INC., doing business as Sikorsky International Operations, a Lockheed Martin Company | : | NO. 23-2629 |

## **ORDER**

**NOW**, this 17th day of December, 2024, upon consideration of the Defendants' Motion for Reconsideration (Doc. No. 54), the response, and the reply, it is **ORDERED**

that the motion is **DENIED**.[1]

_____
TIMOTHY J. SAVAGE, J.

---

[1] There is no reason to stay discovery pending disposition of the outstanding motion to transfer. The defendants will be required to respond to discovery no matter where the case is tried either here or in the District of Connecticut.