**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOANNE COUSINS, on behalf of the** | : | **CIVIL ACTION** |
| **ESTATE OF MATTHEW COUSINS and** | : | |
| **on behalf of his DOHSA beneficiaries,** | : | |
| **TANYA COWBROUGH, on behalf of the** | : | |
| **ESTATE OF ABBIGAIL COWBROUGH** | : | |
| **and on behalf of her DOHSA** | : | |
| **beneficiaries, KYLE HAGEN, on behalf** | : | |
| **of the ESTATE OF KEVIN HAGEN and** | : | |
| **his DOHSA beneficiaries, AMANDA** | : | |
| **MacDONALD, on behalf of the ESTATE** | : | |
| **OF BRENDEN IAN MacDONALD, and on** | : | |
| **behalf of his DOHSA beneficiaries,** | : | |
| **KATHRYN BOWEN, on behalf of the Est.** | : | |
| **of Maxime Miron-Morin and on behalf** | : | |
| **of his DOHSA beneficiaries, and** | : | |
| **MICHAEL CUSTANCE, on behalf of the** | : | |
| **ESTATE OF MATTHEW PYKE, and on** | : | |
| **behalf of his DOHSA beneficiaries** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SIKORSKY AIRCRAFT COFRPORATION** | : | |
| **doing business as Sikorsky, a** | : | |
| **Lockheed Martin Company,** | : | |
| **HELICOPTER SUPPORT, INC., doing** | : | |
| **business as Helicopter Support, Inc., a** | : | |
| **Lockheed Martin Company and** | : | |
| **SIKORSKY INTERNATIONAL** | : | |
| **OPERATIONS, INC., doing business as** | : | |
| **Sikorsky International Operations, a** | : | |
| **Lockheed Martin Company** | : | **NO. 23-2629** |

## ORDER

**NOW,** this 26th day of March, 2025, upon consideration of Defendants' Motion to

Transfer Venue and Motion to Stay Discovery Pending Decision on Transfer (Doc. No.

47), the plaintiffs' response, and the defendants' reply, it is **ORDERED** that the motion is

**DENIED.**

TIMOTHY J. SAVAGE, J.